UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT WILL BREATHE, et al.

        Plaintiffs,        Case No. 20-12363
                                    Hon. Laurie J. Michelson

v.

CITY OF DETROIT, et al.        **APPEARANCE OF**
                                   **JULIE H. HURWITZ.**

        Defendants.

_____

| | |
|---|---|
| Jack W. Schulz (P78078) | GOODMAN HURWITZ & JAMES, PC |
| Amanda M. Ghannam (P83065) | Julie H. Hurwitz (P34720) |
| SCHULZ LAW PLC | William H. Goodman (P14173) |
| PO Box 44855 | Melissa A. Brown (P79127) |
| Detroit, MI 48244 | 1394 E. Jefferson Ave. |
| (313) 246-3590 | Detroit, MI 48207 |
| jackwschulz@gmail.com | (313) 567-6170 |
| amandamghannam@gmail.com | jhurwitz@goodmanhurwitz.com |
| *On behalf of the National Lawyers Guild, Detroit/Michigan Chapter* | bgoodman@goodmanhurwitz.com |
| *Attorneys for Plaintiffs* | mbrown@goodmanhurwitz.com |
| | *On behalf of the National Lawyers Guild, Detroit/MichiganChapter* |
| | *Co-counsel for Plaintiffs* |

Sean Riddell (P81302)
The Riddell Law Firm PLLC
400 Renaissance Center, Ste. 2600
Detroit, MI 48243
(313) 497-0074
sriddell@riddelllawfirm.com
*On behalf of the National Lawyers
Guild, Detroit/Michigan Chapter
Co-counsel for Plaintiffs*

## APPEARANCE OF JULIE H. HURWITZ

Please enter the Appearance of Julie H. Hurwitz of Goodman Hurwitz & James, P.C., on behalf of the National Lawyers Guild, Detroit/Michigan Chapter Co-counsel for Plaintiffs in the above captioned matter.

                                                Respectfully submitted,

                                                **Goodman Hurwitz & James, P.C.**

                                By:   /s/Julie H. Hurwitz
                                          Julie H. Hurwitz P34720
                                          1394 E. Jefferson Avenue
                                          Detroit, MI 48207
                                          313.567.6170/313.251.6068 (fax)
                                          bgoodman@goodmanhurwitz.com

                                          *On behalf of the National Lawyers Guild,*
                                          *Detroit/Michigan Chapter*
                                          *Co-counsel for Plaintiffs*

Dated: September 1, 2020

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2020, a copy of the **Appearance of Julie H. Hurwitz** was served upon all counsel of record utilizing the Court's Electronic Filing System.

                                              /s/ Laurel O. Seale
                                              Legal Assistant
                                              Goodman Hurwitz & James, P.C.