UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DETROIT WILL BREATHE,**
**TRISTAN TAYLOR, NAKIA WALLACE,**
**JAZTEN BASS, LAUREN ROSEN, LAURYN**
**BRENNAN, AMY NAHABEDIAN, ZACH**
**KOLODZIEJ, LAUREN BRANCH,**
**LILLIAN ELLIS, OLIVIA PUENTE,**
**IMAN SALEH, MARGARET HENIGE,**
**CAYLEE ARNOLD,** AND **ALEXANDER ANEST,**

Case No. 20-cv-12363
Hon. Laurie J. Michelson

   Plaintiffs,

vs.

**CITY OF DETROIT,** a municipal corporation,
**MAYOR MICHAEL DUGGAN,** acting in his official
and individual capacities, **CHIEF JAMES CRAIG,** acting in his official
and individual capacities, **OFFICER STEPHEN ANOUTI, SERGEANT**
**TIMOTHY BARR**, **OFFICER DAVID HORNSHAW, OFFICER MARIAH**
**ERARD,** and **OFFICER DOES 1-100 inclusive,**
acting in their respective individual capacities, all jointly and severally,

   Defendants.
_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Julie H. Hurwitz (P34720) |
| Amanda M. Ghannam (P83065) | William H. Goodman (P14173) |
| SCHULZ LAW PLC | Melissa A. Brown (P79127) |
| PO Box 44855 | GOODMAN HURWITZ & JAMES, PC |
| Detroit, MI 48244 | 1394 E. Jefferson Ave. |
| (313) 246-3590 | Detroit, MI 48207 |
| jackwschulz@gmail.com | (313) 567-6170 |
| amandamghannam@gmail.com | jhurwitz@goodmanhurwitz.com |
| *On behalf of the National Lawyers* | bgoodman@goodmanhurwitz.com |
| *Guild, Detroit/Michigan Chapter* | mbrown@goodmanhurwitz.com |
| *Attorneys for Plaintiffs* | *On behalf of the National Lawyers* |
| | *Guild, Detroit/Michigan Chapter* |
| | *Co-counsel for Plaintiffs* |

| | |
|---|---|
| Sean Riddell (P81302) | Reginald M. Turner (P40543) |
| The Riddell Law Firm PLLC | Maria Fracassa Dwyer (P60946) |
| 400 Renaissance Center, Ste. 2600 | Christopher M. Trebilcock (P62101) |
| Detroit, MI 48243 | CLARK HILL PLC |
| (313) 497-0074 | 500 Woodward Avenue, Suite 3500 |
| sriddell@riddelllawfirm.com | Detroit, MI 48226 |
| *On behalf of the National Lawyers* | (313) 965-8300 |
| *Guild, Detroit/Michigan Chapter* | rturner@clarkhill.com |
| *Co-counsel for Plaintiffs* | mdwyer@clarkhill.com |
| | ctrebilcock@clarkhill.com |
| | *Counsel for Defendants* |
| | |
| | Lawrence T. Garcia (P54890) |
| | City of Detroit Law Department |
| | 2 Woodward Ave., Suite 500 |
| | Detroit, MI 48226 |
| | (313) 237-3018 |
| | garcial@detroitmi.gov |
| | *Counsel for Defendants* |

_____/

## STIPULATED ORDER TO FILE A RESPONSIVE PLEADING TO DEFENDANTS/COUNTER-PLAINTIFFS COUNTERCLAIM AGAINST PLAINTIFFS/COUNTER-DEFENDANTS

This matter having come before the Court pursuant to the stipulated agreement of the parties; Defendants/Counter-Plaintiffs having agreed to provide Plaintiffs/Counter-Defendants with a 14-day extension of time to file its answer or responsive pleading to Defendants' Counterclaim against Plaintiffs, currently due on October 16, 2020, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the Plaintiffs/Counter-Defendants' deadline for filing their answer or responsive pleading to Defendants' Counterclaim against Plaintiffs will be extended fourteen days to October 30, 2020.

IT IS HEREBY ORDERED that the Defendants/Counter-Plaintiffs will be provided an additional fourteen days to submit its responsive pleading to Plaintiff's answer or responsive pleading to Defendants' Counterclaim against Plaintiff, if required.

IT IS HEREBY ORDERED.

Dated: October 7, 2020

                      s/Laurie J. Michelson
                      LAURIE J. MICHELSON
                      UNITED STATES DISTRICT JUDGE

Approved as to form and content:

| Dated: 10/2/20 | Dated: 10/6/20 |
|---|---|
| /s/ Jack W. Schulz<br>Jack W. Schulz (P78078)<br>Amanda M. Ghannam (P83065)<br>SCHULZ LAW PLC<br>PO Box 44855<br>Detroit, MI 48244<br>(313) 246-3590<br>jackwschulz@gmail.com<br>amandamghannam@gmail.com<br>*On behalf of the National Lawyers Guild, Detroit/Michigan Chapter*<br>*Attorneys for Plaintiffs* | /s/ Christopher M. Trebilcock (*w/ permission*)<br>Reginald M. Turner (P40543)<br>Maria Fracassa Dwyer (P60946)<br>Christopher M. Trebilcock (P62101)<br>CLARK HILL PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300<br>rturner@clarkhill.com<br>mdwyer@clarkhill.com<br>ctrebilcock@clarkhill.com<br>*Counsel for Defendants* |
| Dated: 10/2/20 | Dated: 10/6/20 |
| /s/ Julie H. Hurwitz<br>Julie H. Hurwitz (P34720)<br>William H. Goodman (P14173)<br>Melissa A. Brown (P79127) | /s/ Lawrence T. Garcia(*w/ permission*)<br>Lawrence T. Garcia (P54890)<br>City of Detroit Law Department |

-3-

| | |
|---|---|
| GOODMAN HURWITZ & JAMES, PC<br>1394 E. Jefferson Ave.<br>Detroit, MI 48207<br>(313) 567-6170<br>jhurwitz@goodmanhurwitz.com<br>bgoodman@goodmanhurwitz.com<br>mbrown@goodmanhurwitz.com<br>*On behalf of the National Lawyers Guild, Detroit/Michigan Chapter*<br>*Co-counsel for Plaintiffs* | 2 Woodward Ave., Suite 500<br>Detroit, MI 48226<br>(313) 237-3018<br>garcial@detroitmi.gov<br>*Counsel for Defendants* |

Dated:      10/2/20

  /s/ Sean Riddell
Sean Riddell (P81302)
The Riddell Law Firm PLLC
400 Renaissance Center, Ste. 2600
Detroit, MI 48243
(313) 497-0074
sriddell@riddelllawfirm.com
*On behalf of the National Lawyers Guild, Detroit/Michigan Chapter*
*Co-counsel for Plaintiffs*