## INDEX OF EXHIBITS

## (Unpublished Cases)

**Exh. 1**  *Childress v. Michalke,* No. 4:10-CV-11008, 2012 WL 762663 (E.D. Mich. Mar. 9, 2012) (Goldsmith, J.)

**Exh. 2**  *Swain v. Morse*, No. 346850, 2020 WL 3107696  (Mich. Ct. App. June 11, 2020)

**Exh. 3**  *Edwards Publications, Inc. v. Kasdorf,* No. 293617, 2011 WL 1687622 (Mich. Ct. App. May 3, 2011)

**Exh. 4**  *Ellis v. Chase Home Fin., LLC*, No. 14-11186, 2014 WL 7184457, (E.D. Mich. Dec. 16, 2014) (Michaelson, J.)

**Exh. 5**  *Dickinson v. Limp Bizkit,* No. 244021, 2004 WL 1459357 (Mich. App. Jun. 29, 2004)