UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT WILL BREATHE, et al.,

    Plaintiffs,

v.

CITY OF DETROIT, et al.,

    Defendants.

CASE NO. 20-cv-12363

HON. LAURIE J. MICHELSON
MAG. DAVID R. GRAND

## SECOND STIPULATED ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' OFFERS OF JUDGMENT

    Plaintiffs, through their attorneys, and Defendants, through their attorneys, have conferred in good faith and have established good cause for a fourteen (14) day extension of the current extended deadline, September 14, 2022, for Plaintiffs to submit a response to Defendants' August 1, 2022, Offers of Judgment made pursuant to Fed. R. Civ. P. 68. Therefore, the parties to this matter consent and stipulate to the entry of the following Second Stipulated Order:

    IT IS HEREBY ORDERED that Defendants' Offers of Judgment submitted to Plaintiffs on August 1, 2022, will not be deemed unaccepted until after

September 28, 2022. Plaintiffs may provide notice accepting the offer at any point on or before September 28, 2022.

IT IS SO ORDERED.

Dated: September 12, 2022

                    s/Laurie J. Michelson
                    LAURIE J. MICHELSON
                    UNITED STATES DISTRICT JUDGE

The following stipulate to entry of this Order as to form and substance:

| | |
|---|---|
| */s/ Julie H. Hurwitz* | */s/ Charles N. Raimi* (wth permission) |
| Julie H. Hurwitz P34720 | Charles N. Raimi (P29746) |
| Goodman Hurwitz & James, P.C. | Jerry Ashford (P47402) |
| 1384 E. Jefferson Avenue | Patrick M. Cunningham (P67643) |
| Detroit, MI 48207 | Gregory B. Paddison (P75963) |
| 313.567.6170 | Philip J. Hiltner (P77913) |
| jhurwitz@goodmanhurwitz.com | City of Detroit Law Department |
| *Attorney for Plaintiffs* | 2 Woodward Ave., Suite 500 |
| | Detroit, MI 48226 |
| | (313) 237-3018 |
| | raimic@detroitmi.gov |
| | ash@detroitmi.gov |
| | cunninghamp@detroitmi.gov |
| | paddisong@detroitmi.gov |
| | hiltnerp@detroitmi.gov |
| | *Attorneys for Defendants* |